In the Matter of the Accounting of CATHARINA KAUPPER, as Administratrix of the Estate of LORENZ KAUPPER, Deceased.

MARY KLINGENBERG et al., Appellants; ANNIE PAULSON, Individually and as Administratrix of the Estate of CATHARINA KAUPPER, Deceased, Respondent.

*Matter of Kaupper*, 141 App. Div. 54, affirmed.
(Argued February 6, 1911 ; decided February 24, 1911.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered November 18, 1910, which affirmed a decree of the Kings County Surrogate's Court settling the accounts of the administratrix of Lorenz Kaupper, deceased.

*Charles Coleman Miller* for appellants.

*John J. Curtin* for respondent.

Order affirmed, with costs ; no opinion.
Concur : CULLEN, Ch. J., HAIGHT, VANN, WILLARD BARTLETT, HISCOCK, CHASE and COLLIN, JJ.

---

In the Matter of the Application of WILLIAM H. TEN EYCK, Appellant, for a Writ of Certiorari against WILLIAM J. GAYNOR, as Mayor of the City of New York, Respondent.

*Matter of Ten Eyck* v. *Gaynor*, 138 App. Div. 908, affirmed.
(Argued February 7, 1911; decided February 21, 1911.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered June 16, 1910, which affirmed an order of Special Term denying an application for a writ of certiorari to review the action of the defendant in removing the petitioner from the office of aqueduct commissioner.

*Samuel Strasbourger* and *Max L. Schallek* for appellant.

*Archibald R. Watson, Corporation Counsel (Terence Farley* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur : CULLEN, Ch. J., HAIGHT, VANN, WILLARD BARTLETT, HISCOCK, CHASE and COLLIN, JJ.

---

THE PEOPLE OF THE STATE OF NEW YORK ex rel. THOMAS G. WALSH, Appellant, *v.* THEODORE A. BINGHAM, as Police Commissioner of the City of New York, Respondent.

*People ex rel. Walsh* v. *Bingham*, 136 App. Div. 942, affirmed.
(Submitted February 7, 1911; decided February 21, 1911.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered February 18, 1910, which dismissed a writ of certiorari and affirmed a determination of the defendant in dismissing the relator from the police force of the city of New York.

*Edwin P. Kilroe* for appellant.

*Archibald R. Watson, Corporation Counsel, Theodore Connoly* and *Loyal Leale* for respondent.

Order affirmed, with costs; no opinion.

Concur : CULLEN, Ch. J., HAIGHT, VANN, WILLARD BARTLETT, HISCOCK, CHASE and COLLIN, JJ.

---

THE PEOPLE OF THE STATE OF NEW YORK ex rel. RANSOM QUA, Respondent, *v.* JOHN E. GAFFNEY, as Sewer, Water and Street Commissioner of the Village of Saratoga Springs, et al., Appellants.

*People ex rel. Qua* v. *Gaffney*, 142 App. Div. 122, affirmed.
(Argued February 7, 1911; decided February 21, 1911.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered Jan-